```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 06739
   RAY ANTHONY JACKSON
   MABLE JEAN PAYNE                                CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-7043      SSN XXX-XX-0097
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/13/07 and confirmed on 09/27/07.

   2.  The case was dismissed after confirmation, 08/15/2008.

   3.  The Debtor paid a total of $   8150.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL MORTGAGE CO O | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE CO O | MORTGAGE ARRE | 5689.32 | .00 | 5689.28 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1217.85 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 17659.58 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6815.66 | .00 | .00 |
| AQUA ILLINOIS INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18527.05 | .00 | .00 |
| CACV OF COLORADO LLC/MBN | UNSECURED | 2475.85 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2744.11 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 319.65 | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 4775.36 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 177.30 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 806.78 | .00 | .00 |
| NEBRASKA FURNITURE MART | UNSECURED | 2218.40 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 950.58 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 5667.00 | .00 | .00 |
| UNITED STUDENT AID FUND | UNSECURED | 11295.94 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 223.20 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 166.04 | .00 | .00 |
| STERLING INC | UNSECURED | 190.93 | .00 | .00 |

```
ASSET ACCEPTANCE CORP      UNSECURED       185.20           .00           .00
COMED                      UNSECURED       863.99           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       599.55           .00           .00
UNITED STUDENT AID FUNDS   UNSECURED      2625.00           .00           .00
UNITED STUDENT AID FUNDS   UNSECURED     12414.74           .00           .00
UNITED STUDENT AID FUNDS   UNSECURED      7258.82           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       359.82           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       972.33           .00           .00
SALLIE MAE EDUCATIONAL C   UNSECURED     13521.32           .00           .00
ILLINOIS DEPT REVENUE      PRIORITY          .00            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED     15634.03           .00           .00
CADLES OF GRASSY MEADOWS   FILED LATE        .00            .00           .00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5689.32 | 6815.66 | 123850.42 | .00 | 136355.40 |
| PRINCIPAL PAID | 5689.28 | .00 | .00 | .00 | 5689.28 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5689.28 | .00 | .00 | .00 | 5689.28 |

The Debtor's attorney, LEDFORD & WU                  , was allowed $   3078.20
and was paid $   1016.00   direct and $   2062.20  through the plan.

The Trustee received $    398.52 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/13/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 06739 RAY ANTHONY JACKSON & MABLE JEAN PAYNE